1  MICHAEL V. CRISTALLI, ESQ.
   Nevada State Bar #006266
2  CRISTALLI & SAGGESE, LTD.
3  732 S. Sixth Street, Suite 100
   Las Vegas, Nevada 89101
4  (702) 386-2180

5  Attorney for Defendant EDWARD STAIN

6                    UNITED STATES DISTRICT COURT
7
                            DISTRICT OF NEVADA
8
                                * * * * *
9

10 THE STATE OF NEVADA,            )
                                   )
11        Plaintiff,               )
                                   )
12 vs.                             )    CASE NO:  CR-S-02-201-LRH(PAL)
                                   )
13                                 )
   EDWARD STAIN,                   )
14                                 )
15        Defendant.               )
                                   )
16

17              **EX-PARTE ORDER AUTHORIZING CONTACT VISIT**

18        Based upon Defendant EDWARD STAIN's request for contact visit with
19 Gary Modaferri, law clerk for Michael V. Cristalli, Esq., at the North Las Vegas
20 Jail, 2222 Constitution Way, and good cause appearing:
21 ....
22 ....
23 ....
24 ....
25 ....
26 ....
27 ....
28 ....

1     **IT IS HEREBY ORDERED** that the Defendant, EDWARD STAIN's
2 request for contact visit with Gary Modafferi, at the North Las Vegas Jail, 2222
3 Constitution Way, is granted.
4     DATED this 17th day of January, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

8 Respectfully submitted by:

_____
MICHAEL V. CRISTALLI, ESQ.
Nevada State Bar #006266
CRISTALLI & SAGGESE, LTD.
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 386-2180