1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**-oOo-**

| | | |
|---|---|---|
| 10 | **UNITED STATES OF AMERICA,** | ) **2:02-cr-0201-LRH-LRL** |
| 11 | **Plaintiff,** | ) **ORDER ON THE GOVERNMENT'S EX** |
| | | ) **PARTE MOTION TO REDACT AND** |
| 12 | **v.** | ) **DISCLOSE  THE PRESENTENCE** |
| | | ) **INVESTIGATION REPORTS OF** |
| 13 | **EDWARD STAIN,** | ) **VAUGN FLANDERS AND JOEY** |
| | | ) **PRINCE** |
| 14 | **Defendant.** | ) |
| 15 | | ) |

16        **IT IS ORDERED** that the government disclose to the defendant EDWARD STAIN the

17    proposed Redacted Presentence Investigation Reports of Vaugn Flanders and Joey Prince.

18            DATED this 25th day of January, 2006.

19

20

21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

2