```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    ) Case No. CR-S-02-201-LRH(LRL)
          Plaintiff,         )
                             )        ORDER TEMPORARILY
     vs.                     )      UNSEALING TRANSCRIPTS
                             )
EDWARD STAIN,                )
          Defendant.         )
_____)
```

Felicia Zabin, Court Reporter, received a Transcript Order form from Wendi L. Overmyer, AFPD, requesting the transcript from the Calendar Call hearing held on May 5, 2005, a portion of that transcript was sealed.

IT IS THE ORDER OF THE COURT that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the requested transcripts to Wendi L. Overmyer, AFPD.

IT IS FURTHER ORDERED that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcripts of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 25th day of September, 2017.

_____
LARRY R. HICKS
United States District Judge