UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWARD STAIN ) <br> ) <br> Defendant. ) | 2:02-CR-201-LRH-NJK |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#234), sentencing held on June 12, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $1,961.80\*\*
\*\*Joint and several with Defendants Prince, Flanders, Soberanis, Stain

Name of Payee: RAMADA INN SPEEDWAY CASINO
Amount of Restitution: $10,231.00\*\*
Joint and several with co-defendant Kenneth Akins

Name of Payee: BALLY'S HOTEL
Amount of Restitution: $53,000.00

**Total Amount of Restitution ordered:** $65,192.80

Dated this _____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE